| | |
|---|---|
| 1 | JASON M. PECK, ESQ. |
| 2 | Nevada Bar No. 10183 |
|   | LAW OFFICES OF JASON M. PECK |
| 3 | 7251 West Lake Mead Blvd, Suite 250 |
|   | Las Vegas, NV 89128 |
| 4 | 702-228-3176 |
|   | 866-221-6108 Fax |
| 5 | Email: LasVegasLegal@LibertyMutual.com |
|   | Attorney for Defendant |
| 6 | ALBERTSON'S LLC |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARIANN REXING, an Individual, | Case No.: 2:18-cv-02132-JAD-EJY |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| ALBERTSON'S L.L.C, a foreign limited liability company qualified to conduct business in Nevada; DOES I-X, inclusive and ROE Corporations and Limited Liability Companies I-X, inclusive, | ECF No. 23 |
| Defendants. | |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties, by and through counsel undersigned, that the above-entitled action be dismissed with prejudice and that an Order be

/ / /

/ / /

/ / /

entered accordingly, each party to bear their own attorneys' fees and costs.

Dated this 27th day of December, 2019.

| LAW OFFICES OF JASON M. PECK | THE LAW OFFICE OF KAREN H. ROSS |
|---|---|
| /s/ Jason Peck, Esq.<br>By_____<br>JASON M. PECK, ESQ.<br>Nevada Bar No. 10183<br>7251 West Lake Mead Blvd, Suite 250<br>Las Vegas, NV 89128<br>Attorney for Defendant<br>ALBERTSON'S LLC | /s/ E. Breen Artnz, Esq.<br>By _____<br>E. BREEN ARNTZ, ESQ.<br>Nevada Bar No. 3853<br>2275 Corporate Cir Ste. 160<br>Henderson, NV 89074<br>Attorney for Plaintiff<br>MARIANN REXING |

## **ORDER**

Based on the parties' stipulation **[ECF No. 23]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
UNITED STATES DISTRICT JUDGE

DATED  1-13-2020